# SEALED

PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
May 06, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LAWRENCE GUERAIN FLEMING, Defendant. | CASE NO. 2:21-cr-88 JAM [PROPOSED] ORDER TO SEAL (UNDER SEAL) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney ADRIAN T. KINSELLA to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: May 6, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE