1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ALSTYN BENNETT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:21-CR-00088-JAM

12                    Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                        FINDINGS AND ORDER

14 LAWRENCE GUERAIN FLEMING,              DATE: June 22, 2021
                                          TIME: 9:30 a.m.
15                    Defendant.          COURT: Hon. John A. Mendez

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on June 22, 2021.

21        2.      By this stipulation, defendant now moves to continue the status conference until July 20,

22 2021, and to exclude time between June 22, 2021, and July 20, 2021, under Local Code T4.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24                a)      The government has represented that the discovery associated with this case

25 includes investigative reports and related documents in electronic form including approximately

26 100 pages of documents, as well as body camera videos exceeding 3,000 megabytes. All of this

27 discovery has been either produced directly to counsel and/or made available for inspection and

28 copying.

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

1

        b)      Counsel for defendant desires additional time to consult with her client, to review

2  the current charges, to conduct investigation related to the charges, to review discovery for this

3  matter, and to discuss potential resolutions with her client.

4          c)      Counsel for defendant believes that failure to grant the above-requested

5  continuance would deny her the reasonable time necessary for effective preparation, taking into

6  account the exercise of due diligence.

7          d)      The government does not object to the continuance.

8          e)      Based on the above-stated findings, the ends of justice served by continuing the

9  case as requested outweigh the interest of the public and the defendant in a trial within the

10  original date prescribed by the Speedy Trial Act.

11          f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12  et seq., within which trial must commence, the time period of June 22, 2021 to July 20, 2021,

13  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14  because it results from a continuance granted by the Court at defendant's request on the basis of

15  the Court's finding that the ends of justice served by taking such action outweigh the best interest

16  of the public and the defendant in a speedy trial.

17      4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

18  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19  / / /

20  / / /

21  / / /

22

23

24

25

26

27

28

must commence.

IT IS SO STIPULATED.


Dated: June 17, 2021                            PHILLIP A. TALBERT
                                                Acting United States Attorney


                                                /s/ ALSTYN BENNETT
                                                ALSTYN BENNETT
                                                Assistant United States Attorney


Dated: June 17, 2021                            /s/ MEGAN T. HOPKINS
                                                MEGAN T. HOPKINS
                                                Assistant Federal Defender
                                                Counsel for Defendant
                                                LAWRENCE GUERAIN
                                                FLEMING




**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of June, 2021.


                                                /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE