FILED
July 06, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LAWRENCE GUERIAN FLEMING,<br><br>    Defendant. | Case No. 2:21-cr-00088-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  LAWRENCE GUERIAN FLEMING ,

Case No.  2:21-cr-00088-JAM  Charge 18 USC § 922(g)(1)18 USC § 922(g)(1) , from custody for the following reasons:for the following reasons:

    \_\_\_\_\_ Release on Personal Recognizance

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

      X   Unsecured Appearance Bond $  50,000

    \_\_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_\_ Appearance Bond with Surety

    \_\_\_\_\_ Corporate Surety Bail Bond

    (Other):  The defendant is to be released on 07/07/2021 at 9:00 AM to the 3rd party custody of Tamika Lands.

    \_\_\_\_\_

Issued at Sacramento, California on July 06, 2021 at 3:56 PM.

By: *Allison Claire* (signature)

Magistrate Judge Allison Claire