| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorneys for Defendant |
| | LAWRENCE FLEMING |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00088-JAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | DATE: October 19, 2021 |
| LAWRENCE FLEMING, | TIME: 9:30 a.m. |
| | JUDGE: Hon. John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for July 20, 2021 at 9:30 a.m. be continued to October 19, 2021 at 9:30 a.m. before District Judge John A. Mendez.

The defense is in the process of reviewing discovery, including both written documents and audio recordings, recently provided by the government. Upon completion of discovery review, the defense anticipates needing additional time to conduct investigation and engage in plea negotiations.

///

///

///

///

The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (local code T4).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: July 12, 2021  /s/ Alstyn Bennett
ALSTYN BENNETT
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 12, 2021  /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
LAWRENCE FLEMING

## **O R D E R**

**IT IS SO ORDERED** that the status conference currently scheduled for July 20, 2021 at 9:30 a.m. is hereby **CONTINUED** to **October 19, 2021, at 9:30 a.m.** The time period between July 20, 2021 and October 19, 2021 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  July 15, 2021  /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE