HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
LAWRENCE FLEMING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-0088-JAM |
| Plaintiff, | STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; ORDER |
| vs. | |
| LAWRENCE FLEMING, | Hon. Carolyn K. Delaney |
| Defendant. | |

The defendant, LAWRENCE FLEMING, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Alstyn Bennett, hereby stipulate to and request an order from this Court temporarily modifying the conditions of Mr. Fleming's pretrial release to permit him to spend the night of Friday, September 3, 2021 at his mother's home in Concord, CA, which is outside of the electronic monitoring zone. The pretrial services officer is supportive of the requested modification.

Mr. Fleming is currently on pretrial release in this district on a combined total of $130,000 in unsecured appearance bonds. *See* Dkts. 31-33. Additionally, Mr. Fleming has an appointed third party custodian: Tamika Marie Lands. *See* Dkt. 30. Mr. Fleming is in compliance with his conditions of release. One of those conditions of release is location monitoring. Mr. Fleming is subject to curfew, and therefore must return to his residence each evening by the specified time, absent a Court-ordered modification.

Mr. Fleming requests, and the parties agree and so stipulate, that his Conditions of Release be temporarily amended to specifically permit him to spend the night at his mother's home in Concord, CA on Friday, September 3, 2021, following funeral services for his late Uncle. Mr. Fleming's Uncle passed away recently, and the wake and repast are scheduled for this Friday September 3 and Saturday September 4, respectively, in Richmond, CA. The Pretrial Officer has already approved Mr. Fleming's out-of-district travel to attend the services, but cannot approve his further request to spend the night after the wake, and before the repast, at his mother's home in Concord, CA, without a court order. Mr. Fleming would like to spend the night with his mother to keep her company, prepare her dinner, and grieve with her following the wake. He would also like to avoid the round-trip drive to Richmond, CA on two consecutive days. The parties are in agreement with Mr. Fleming's request, and so stipulate.

The proposed temporarily amended condition is attached to this request. The parties do not request a hearing in this matter in light of this stipulation.

Respectfully submitted,

DATED: September 2, 2021    HEATHER E. WILLIAMS
Federal Defender

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for LAWRENCE FLEMING


DATED: September 2, 2021    PHILLIP A. TALBERT

Acting United States Attorney

/s/ Alstyn Bennett
ALSTYN BENNETT
Assistant United States Attorney
Attorney for the United States

Stipulation for Temporary Modification of
Conditions of Pretrial Release; [Proposed] Order

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the Special Conditions of Release for defendant, Lawrence Fleming, be Temporarily Amended such that the he is permitted to spend the night at his mother's home in Concord, CA on Friday, September 3, 2021.  Mr. Fleming shall return to his approved residence in Sacramento, CA no later than the established curfew time on Saturday, September 4, 2021.  Mr. Fleming shall further follow all directives of the pretrial services officer, including alternative reporting directives, while he is travelling out of district and spending the night with his mother.  All other conditions of pretrial release shall remain in force.

Dated:  September 3, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE