| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street. 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: 916-498-5700/Fax: 916-498-710 |
| 5 | |
| | Attorneys for Defendant |
| 6 | LAWRENCE FLEMING |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-0088-JAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | DATE: January 11, 2022 |
| LAWRENCE FLEMING, | TIME: 9:30 a.m. |
| Defendants. | JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the status conference scheduled for October 19, 2021 at 9:30 a.m. be continued to January 11, 2022 at 9:30 a.m. before District Judge John A. Mendez.

The defense is still in the process of reviewing discovery provided by the government. Upon completion of discovery review, the defense anticipates needing additional time to conduct investigation, including locating and interviewing witnesses and conducting an inspection of the physical evidence in this case. The parties also require additional time to engage in plea negotiations.

/ / /

/ / /

/ / /

/ / /

The parties agree that the ends of justice are served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the parties agree that time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (local code T4).

                                                          Respectfully submitted,

                                                          PHILLIP A. TALBERT
Acting United States Attorney

DATED:  October 14, 2021                        /s/ Alstyn Bennett
                                                          ALSTYN BENNETT
Assistant United States Attorney
Attorney for Plaintiff

                                                          HEATHER E. WILLIAMS
Federal Defender

DATED: October 14, 2021                         /s/ Megan T. Hopkins
                                                          MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
LAWRENCE FLEMING

## O R D E R

**IT IS SO ORDERED** that the status conference currently scheduled for October 19, 2021 at 9:30 a.m. is hereby continued to **January 11, 2022 at 9:30 a.m.**  The time period between October 19, 2021 and January 11, 2022 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  10/14/2021                                                  /s/John A. Mendez
                                                         THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE