HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
LAWRENCE GUERAIN FLEMING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE GUERAIN FLEMING,<br><br>Defendant. | Case No.  2:21-cr-00088-JAM<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER<br><br>JUDGE: Hon. Jeremy D. Peterson |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Mr. Fleming's conditions of pretrial release may be modified to remove the condition of location monitoring: curfew.

　　　　Mr. Fleming has been under Pretrial Services supervision since July 6, 2021.  He is currently subject to a combination of release conditions, including that he participate in an electronic location monitoring program with a curfew.  According to his supervising officer, Mr. Fleming has been in compliance with all of his release conditions since his release in July 2021; he has never tested positive for any drugs, reports as instructed, and there have been no curfew or location monitoring violations. Mr. Fleming continues to reside with his third-party custodian, who also reports that he is doing well.

　　　　Given Mr. Fleming's compliance with his conditions of release, Pretrial Services is requesting the removal of the location monitoring/curfew condition.  The defense joins in this

request, and given Mr. Fleming's performance to date, the government has no objection to the removal of this condition. The parties and pretrial services officer agree that all other conditions of pretrial release are appropriate and should remain in full force and effect.

        Respectfully submitted,
        PHILLIP A. TALBERT
        Acting United States Attorney

DATED: October 15, 2021        */s/ Alstyn Bennett*
        ALSTYN BENNETT
        ADRIAN KINSELLA
        Assistant United States Attorney
        Attorney for Plaintiff

        HEATHER E. WILLIAMS
        Federal Defender

DATED: October 15, 2021        */s/ Megan T. Hopkins*
        MEGAN T. HOPKINS
        Assistant Federal Defender
        Attorneys for Defendant
        LAWRENCE GUERAIN FLEMING

## **O R D E R**

**IT IS SO ORDERED** that Mr. Fleming will no longer be required to participate in a program of location monitoring or be subject to a curfew. The associated Special Condition is to be removed from the Special Conditions of Release. All other conditions of pretrial release shall remain in full force and effect.

DATED: October 15, 2021

        HONORABLE JEREMY D. PETERSON
        United States Magistrate Judge
        Eastern District of California