PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>            v.<br><br>LAWRENCE GUERAIN FLEMING,<br><br>                    Defendant. | CASE NO.  2:21-CR-00088-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 24, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on May 24, 2022.

2.      By this stipulation, defendant now moves to continue the status conference until May 31 2022, at 9:30 a.m., and to exclude time between May 24, 2022, and May 31, 2022 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 100 pages of documents, as well as body camera videos exceeding 3,000 megabytes.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation related to the charges, to review discovery for this matter, and to discuss potential resolutions with her client.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 24, 2022 to May 31, 2022 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

/ / /

/ / /

/ / /

must commence.

IT IS SO STIPULATED.


Dated:  May 17, 2022                              PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ ALSTYN BENNETT
                                                  ALSTYN BENNETT
                                                  Assistant United States Attorney


Dated:  May 17, 2022                              /s/ MEGAN T. HOPKINS
                                                  MEGAN T. HOPKINS
                                                  Assistant Federal Defender
                                                  Counsel for Defendant
                                                  LAWRENCE GUERAIN
                                                  FLEMING


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 18th day of May, 2022.


                                                  /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE