HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
LAWRENCE FLEMING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE FLEMING,<br><br>Defendants. | Case No. 2:21-cr-0088-JAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE; ORDER<br><br>DATE: October 18, 2022<br>TIME: 9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Alstyn Bennett and Adrian Kinsella, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Megan T. Hopkins, Attorney for Defendant Lawrence Fleming, that the sentencing hearing currently set for September 13, 2022, be continued to **October 18, 2022, at 9:30 a.m.**

The Federal Defender's Office has just identified a conflict and can no longer ethically represent Mr. Fleming in the above-referenced matter. The office is currently working to arrange for a member of the CJA panel to substitute into the case for the sentencing phase, and anticipates a continuance will be necessary to permit new counsel to review the case file, meet with Mr. Fleming, and prepare for sentencing. Although it is possible that new counsel will require additional time to prepare, the parties at this time agree that a continuance to at least October 18, 2022, is necessary.

The parties further request that the PSR schedule be modified consistent with the new sentencing date, as follows:

| | |
|---|---|
| Informal Objections to Presentence Report Due: | September 20, 2022 |
| Presentence Report Due: | September 27, 2022 |
| Formal Objections to Presentence Report Due: | October 4, 2022 |
| Reply or Statement of Non-Opposition Due: | October 11, 2022 |
| Judgment and Sentencing: | October 18, 2022 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 12, 2022

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
LAWRENCE FLEMING

Date: August 12, 2022

PHILLIP A. TALBERT
United States Attorney

/s/Alstyn Bennett
ALSTYN BENNETT
ADRIAN KINSELLA
Assistant U.S. Attorneys
Attorneys for Plaintiff

Case 2:21-cr-00088-JAM   Document 88   Filed 08/15/22   Page 3 of 3

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Date:  August 12, 2022                                   /s/ John A. Mendez
                                                                          THE HONORABLER JOHN A. MENDEZ
                                                                          SENIOR UNITED STATES DISTRICT JUDGE

FLEMING: Stipulation and Order to Continue
Sentencing/Modify PSR Schedule                               -3-