MEGAN T. HOPKINS. Bar No. 294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Tel: 916-220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
LAWRENCE FLEMING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00088-JAM |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING EARLY** |
| | ) | **TERMINATION OF SUPERVISION** |
| v. | ) | |
| | ) | |
| LAWRENCE GUERAIN FLEMING, | ) | Judge Hon. John A. Mendez |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby **TERMINATES** the term of supervised release imposed in this case and **DISCHARGES** LAWRENCE GUERAIN FLEMING from supervision for the reasons set forth in his Motion.

Dated: June 16, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

Order for Early Termination of Supervised Release    -1-    *U.S. v Fleming*